**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEPHEN E. JOHNSON,** | ) | **CASE NO. 1:12CV1505** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | ) | |
| | ) | |
| | ) | |
| **WORKING AMERICA, INC.,** | ) | <u>O R D E R</u> |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This Court has reviewed the Report and Recommendation (Doc.#25) of Magistrate Judge Greg White regarding Defendant's Motion to Dismiss Counts Three and Four of Plaintiff's First Amended Complaint (Doc.#12). Plaintiff filed an opposition brief to which Defendant replied. The Magistrate Judge recommends that the Motion be denied. Neither party has filed any objections to the Report and Recommendation.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but neither party has timely filed any such objections. Therefore, the Court must assume that both Parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 25 ) and denies Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated: 11/28/2012

 *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE