**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **STEPHEN JOHNSON,** ) | CASE NO. 1:12CV1505 |
| ) | |
| **Plaintiff,** ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. ) | |
| ) | |
| ) | |
| **WORKING AMERICA,** ) | O R D E R |
| ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This Court has reviewed the Report and Recommendation (Doc.#61) of Magistrate Judge Greg White recommending that this action be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(A) on the grounds that Plaintiff intentionally misrepresented his financial status in his Application to Proceed In Forma Pauperis. The Magistrate Judge also recommends that Plaintiff's Motion to Strike Exhibit 3 (Doc.# 55) be denied, that Defendant's Motion for Summary Judgment (Doc.#51) and Plaintiff's Motion to Strike Exhibit B (Doc.# 56) be deemed moot. Plaintiff has not filed any objections to the Report and Recommendation.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d

813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 61 ) and dismisses this action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(A) on the grounds that Plaintiff intentionally misrepresented his financial status in his Motion to Proceed In Forma Pauperis.  Plaintiff's Motion to Strike Exhibit 3 is denied, (Doc.# 55), Defendant's Motion for Summary Judgment (Doc.# 51) and Plaintiff's Motion to Strike Exhibit B (Doc. #56) are moot.

       IT IS SO ORDERED.

       Dated: 7/23/2013

                              S/Christopher A. Boyko
                              CHRISTOPHER A. BOYKO
                              UNITED STATES DISTRICT JUDGE